UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALVIN PENN                                                                          PLAINTIFF

V.                                                        CIVIL ACTION NO. 3:16-CV-650-DPJ-FKB

WARDEN UNKNOWN BLACKMON                                            DEFENDANT

ORDER

Petitioner Alvin Penn challenges the computation of his sentence pursuant to 18 U.S.C. §
2241, claiming the Bureau of Prisons has failed to give him credit for time spent in state custody.
Magistrate Judge F. Keith Ball, in his Report and Recommendation ("R&R") [12],
recommending denying relief and dismissing the petition.  Specifically, Judge Ball found that
Penn had not established that credit was due under 18 U.S.C. § 3585.

Penn did not file an Objection, and the time to do so has passed.[1]  The Court agrees with
the conclusion reached by Judge Ball and adopts the R&R [12] in its entirety.  The petition is
dismissed with prejudice.  A separate judgment will be entered in accordance with Federal Rule
of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 2nd day of July, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The R&R was returned as undeliverable on June 20, 2018.  Returned Mail [13].  Penn is under a
continuing obligation to keep the Court apprised of his current address, or he is at risk of
dismissal without further warning.  Order [3] ("[F]ailure to advise this Court of a change of
address or failure to timely comply with any Order of this Court will result in this cause being
dismissed."); *see* Order [5] (same).  Accordingly, dismissal is also appropriate for failure to
comply with the Court's orders.  *See Link v. Wabash R.R.*, 370 U.S. 626, 630–31 (1962);
*McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988).